# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alonso, Jorge L. | United States District Court, Northern District of Illinois | 07/02/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge, United States District Court | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Everett M. Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Daniel Murphy Scholarship Fund |
| 2. | Adjunct Professor | John Marshall Law School |
| 3. | Member, Board of Directors | Cristo Rey Jesuit High School |
| 4. | Lecturer at Law | University of Chicago Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Judges' Retirement System of Illinois |
| 2. | Current | Participant in Federal Retirement System |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 07/02/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | John Marshall Law School: compensation as adjunct professor | $9,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 07/02/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Education Services | Education loan | J |
| 2. Northwestern Mutual Life Insurance Company | Loan from life insurance policy | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alonso, Jorge L.** | 07/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. American Funds: Bond Fund of America | A | Int./Div. | J | T | | | | | |
| 2. American Funds: EuroPacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 3. American Funds: Growth Fund of America | A | Int./Div. | J | T | | | | | |
| 4. American Funds: Intermediate Bond Fund of America | A | Int./Div. | J | T | | | | | |
| 5. American Funds: New Economy Fund | A | Int./Div. | J | T | | | | | |
| 6. American Funds: New Perspective Fund | A | Int./Div. | J | T | | | | | |
| 7. American Funds: Smallcap World Fund | A | Int./Div. | J | T | | | | | |
| 8. American Funds: The Investment Company of America | A | Int./Div. | J | T | | | | | |
| 9. American Funds: Washington Mutual Investors Fund | D | Int./Div. | J | T | | | | | |
| 10. Bright Start (Sec. 529) Age Based 15-16 Moderate Portfolio Acct. #1 | A | Int./Div. | M | T | Buy (add'l) | 03/26/19 | J | | |
| 11. Bright Start (Sec. 529) Age Based 17-18 Moderate Poirtfolio Acct. #2 | A | Int./Div. | M | T | Buy (add'l) | 03/26/19 | J | | |
| 12. T. Rowe Price New Income Fund | A | Int./Div. | J | T | | | | | |
| 13. Chase Bank Cash Accounts | A | Interest | J | T | | | | | |
| 14. Northwestern Nutual Life Ins. Co. (Whole Life Policy) | A | Int./Div. | J | T | | | | | |
| 15. Blackrock Index FDS: iShares MSCI EAFE International Index Fund | C | Int./Div. | K | T | | | | | |
| 16. Vanguard Charlotte FDS: Vanguard Total International Bond Index Fund | A | Int./Div. | J | T | | | | | |
| 17. JPMorgan US Government Money Market Fund | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alonso, Jorge L. | 07/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Index Trust (S&P 500 Index) | A | Int./Div. | K | T | | | | | |
| 19. Fidelity 500 Index Fund | B | Int./Div. | L | T | Buy (add'l) | 01/04/19 | J | | |
| 20. JPMorgan ETF-Canada | A | Int./Div. | J | T | Buy (add'l) | 04/08/19 | J | | |
| 21. JPMorgan ETF-Asia Excluding Japan | A | Int./Div. | J | T | | | | | |
| 22. JPMorgan ETF-Europe | A | Int./Div. | J | T | Buy (add'l) | 04/08/19 | J | | |
| 23. JPMorgan ETF-Japan | A | Int./Div. | J | T | | | | | |
| 24. Six Circles Int'l Equity Fund | A | Int./Div. | J | T | Buy (add'l) | 04/08/19 | J | | |
| 25. Six Circles U.S. Equity Fund | A | Int./Div. | K | T | Buy (add'l) | 04/08/19 | J | | |
| 26. Six Circles Ultra Short Duration Fund | A | Int./Div. | J | T | | | | | |
| 27. Vanguard Total Bond Market Index Fund | A | Interest | J | T | Buy (add'l) | 02/07/19 | J | | |
| 28. Vanguard Total International Bond ETF | A | Interest | J | T | Buy (add'l) | 02/07/19 | J | | |
| 29. Fidelity International Index Fund | A | Int./Div. | J | T | Buy | 04/08/19 | J | | |
| 30. iShares 20 Year Treasury Bond ETF | A | Interest | J | T | Buy | 09/23/19 | J | | |
| 31. iShares 10 Year Treasury Bond ETF | A | Interest | J | T | Buy | 02/14/19 | J | | |
| 32. iShares MBS ETF | A | Int./Div. | J | T | Buy | 02/07/19 | J | | |
| 33. Causeway International Value Fund | | None | | | Sold | 02/14/19 | J | A | |
| 34. Dodge & Cox Funds: Dodge & Cox International Stock Fund | | None | | | Sold | 02/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Alonso, Jorge L. | 07/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | MFS Research (International Fund) | | None | | | Sold | 02/07/19 | J | A | |
| 36. | Dodge & Cox Income Fund | A | Int./Div. | J | T | Buy (add'l) | 02/07/19 | J | | |
| 37. | PIMCO Fund PAC INV (Credit Bond Fund) | | None | | | Sold | 02/07/19 | J | A | |
| 38. | PIMCO Total Return Fund | | None | | | Sold | 02/07/19 | J | A | |
| 39. | Vanguard Fixed Income Fund | | None | | | Sold | 02/07/19 | J | A | |
| 40. | Vanguard Short Term Bond ETF | | None | | | Sold | 02/07/19 | J | A | |
| 41. | | | | | | | | | | |
| 42. | | | | | | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Alonso, Jorge L.** | 07/02/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions (Line 4):

Note that while Judge Alonso is a Lecturer at Law at the University of Chicago Law School, his is a voluntary/unpaid position.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jorge L. Alonso**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544